UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DURANT ROWE,                                                17-CV-1423 (CBA)(PK)

                              Plaintiff,

   -against-

CC RESTAURANT & BAKERY, INC. D/B/A
GOLDEN KRUST CARIBBEAN BAKERY
AND GRILL and KENNETH MOXEY,

                              Defendants.
-----------------------------------------------------------------X

## **CERTIFICATE OF SERVICE**

        I hereby certify that on the 16th Day of August 2019, I caused a true and accurate copy of **The Report and Recommendation of Magistrate Judge Peggy Kuo, dated August 15, 2019 [D.E. 50],** to be served upon Defendants pursuant to Fed. R. Civ. P. 5(b)(2)(C) as follow:

| Kenneth Moxey | CC Restaurant & Bakery, Inc. |
|---|---|
| 923 Custer Street | 200-08 Linden Boulevard |
| Valley Stream NY 11580 | St. Albans, New York 11412 |

by mailing the foregoing documents to the aforementioned persons or entities at the last known addresses by depositing true copies thereof in a prepaid, properly addressed wrapper, in an official depository under the exclusive care and custody of United States Postal Service within the State of New York.

                                                                _____
                                                                Keith E. Williams, Esq.
                                                                Neil H. Greenberg & Associates, P.C.
                                                                *Attorneys for the Plaintiff*
                                                                4242 Merrick Road
                                                                Massapequa, New York 11758
                                                                Tel. 516.228.5100
                                                                keith@nhglaw.com